CARLSON v. TIDWELL. (No. 6531.)

(Court of Civil Appeals of Texas. San Antonio. March 23, 1921.)

Appeal and error ⊄══773(4)—Judgment affirmed where no briefs filed.

A judgment based on the verdict of the jury will not be disturbed; neither party having filed briefs in the appellate court, where no fundamental error appeared.

Appeal from Williamson County Court; F. D. Love, Judge.

Action by C. A. Tidwell against C. L. Carlson. From a judgment for plaintiff, defendant appeals. Affirmed.

SMITH, J. Appellee recovered of appellant the sum of $250 and interest as commission on a real estate deal. The judgment is based on a jury verdict. No briefs have been filed by either party. The record discloses no fundamental error.

The judgment is affirmed.